# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANASTASIA SAYDLIN, | : | Civil No. 1:22-CV-00386 |
| Petitioner, | : | |
| v. | : | |
| NATHANIEL J. S. ASHBY and BETTY ASHBY, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 23rd day of Feburary 2024, for the reasons provided in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Petitioner's motion to dismiss is **GRANTED**.  (Doc. 54.)

2) Respondents' motion for contempt is **DENIED AS MOOT**.  (Doc. 48.)

3) The Clerk of Court is direct to **CLOSE THIS CASE**.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania